# COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983

Name __Walker_____Jeffery_____E_____
         (Last)              (First)          (Initial)

Prisoner Number __F11343_____

Institutional Address __CMF P.O.Box 2000_____
Vacaville ca.95696-2000

FILED
JAN 31 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Jeffery Eugene Walker
_____
(Enter the full name of plaintiff in this action.)

vs.

Jones, John doe two, John doe Three
_____

John doe four, John doe five,
Sued in their Individual capacity
Jane doe Supervisory official
_____
(Enter the full name of the defendant(s) in this action)
Jane doe one Jane doe two, Jane doe
Three, sued in their individual Capacity.

E-filing    CRB

CV 08    0757

Case No. _____
(To be provided by the clerk of court)

COMPLAINT UNDER THE
CIVIL RIGHTS ACT,
42 U.S.C §§ 1983

(PR)

*[All questions on this complaint form must be answered in order for your action to proceed..]*

I.  **Exhaustion of Administrative Remedies**

[Note: You must exhaust your administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.]

A.  Place of present confinement  __Vacaville__

B.  Is there a grievance procedure in this institution?
    YES (X)    NO ( )

C.  Did you present the facts in your complaint for review through the grievance procedure?
    YES (X)    NO ( )

D.  If your answer is YES, list the appeal number and the date and result of the appeal at

COMPLAINT                       -1-

each level of review. If you did not pursue a certain level of appeal, explain why.

1. Informal appeal _____

_____

_____

2. First formal level _____

_____

_____

3. Second formal level Grievance Filed - Documents Lost by Jail _____

_____

4. Third formal level County Jail - Emergery tx - 1-18-06 to prison. _____

_____

E. Is the last level to which you appealed the highest level of appeal available to you?

YES (X)   NO ( )

F. If you did not present your claim for review through the grievance procedure, explain why. Jail Lost property - Reported to Internal affairs both at Jail and outside division. Interviewed by both; see Added page Documents.

II. Parties

A. Write your name and your present address. Do the same for additional plaintiffs, if any.

Jeffery Eugene Walker F11343
CMF P.O. Box 2000
Vacaville CA. 95696-2000

B. Write the full name of each defendant, his or her official position, and his or her place of employment.

Defendants: Jones, John doe two, John doe three, John doe four, John doe five, Jane doe supervisor Jane doe one, Jane doe two, Jane doe three

COMPLAINT                    -2-

Supporting document of grievance issue

Notice of Jail lost all property

All my legal work including grievances filed were in the property that was lost by the jail however Internal Affairs will confirm my complaint two both the Jail and the outside agency. The outside agency Info is:

Investigator assighned

Quantico

25 Vaness Avenue suite # 350

SanFrancisco Ca.94102

Phone Number for varification 415-554-2380

A Captain female Jane doe from the jail CJ_8

January Witneesed the injuries to my face told

to internal affairs that jail seargemt also conducted

enterview before my emergency transfer 1-18-06

I swere under the penalty of perjury that the foregoing statements are true and made to the best of my ability to recall.
Also please note that I am a mental health patient and have been ever since this incedent and suffer from mental health issues that have cuaSED ME NOT TO FILE OR COMPLETE ANY OF PAST ATTEMPTS TO FILE AND WERE I have been in and outof crisis beds do to mental health issues cuased by this incident and others cuasing stress failure to concentrate or complete projects Etc. Can be varified as I am Housed in E.O.P Program at this Vacaville medical facility.

x--Jeffrey Walker-------- Date--1-19-08--------

Jeffery walker f 11343

City and county of SanFrancisco

Notice of lost property

Requested by me.

EXHibit (A)

*Lit. Paulson / prop- #2*

   sfgov | residents | business | government | visitors | online services | search [  ] go!

# San Francisco Sheriff's Department

**Contact**
**Directory of Offices & Jails**

*Inherited my case*

Email: sheriff@sfgov.org

| Office | Address | Phone number |
|---|---|---|
| Administration 8 a.m. to 5 p.m., Monday through Friday | City Hall, Room 456 1 Carlton Goodlett Place San Francisco, CA 94102 | (415) 554-7225 Fax 415-554-7050 For Deputy Sheriff position inquiries: (415) 554-7000 |
| Civil Division | City Hall, Room 456 1 Carlton Goodlett Place San Francisco, CA 94102 | (415) 554-7235 Evictions (415) 554-7228 Garnishments (415) 554-7235 Field Deputies (415) 554-7235 |
| Eviction Assistance (Civil Division) Coordinator: Senior Deputy Clarence Lewis III | City Hall, Room 456 1 Carlton Goodlett Place, San Francisco, CA 94102 | (415) 554-7283 |
| Youth Guidance Center | 375 Woodside Avenue San Francisco, CA 94127 | (415) 753-7561 |
| Training Unit - Administration | 120 14th Street San Francisco, Ca. 94103 | (415) 734-2301 |
| Background Investigations | 120 14th Street San Francisco, CA 94103 | (415) 734-2301 |
| Prisoner Legal Services | 555 7th Street San Francisco, CA 94103 | (415) 558-2470 |
| Investigative Services | 25 Van Ness Avenue, Suite #350 San Francisco, CA 94102 | (415) 554-2380 |
| Alternative Programs | 555 7th Street San Francisco, CA 94103 | (415) 558-2470 Fax: (415) 558-2490 |

*[Handwritten annotations throughout margins:]*
- Lem, Insel, Bailii, Jones, Quantico T-2
- Law suit, 10 am — "Waiver" Lt. Kennedy, Abuse, Dec-16 and assault 30-Jan-06
- Jeflmccort, Bermudes, Kwan, lee
- 587-2533
- 238-7910
- 7385
- 452-7385
- Tisheena

6/6/2006 5:32 PM

# City and County of San Francisco

## OFFICE OF THE SHERIFF



Michael Hennessey
SHERIFF

(415) 554-7235

Mr. Jeffrey Walker, F11343
CMF
P.O Box 2000
Vacaville, Ca., 95696-2000

February 7, 2007.

RE: Lost Property Request:

Dear Mr. Walker

I spoke with Captain James, the Facility Commander assigned to County Jail #2, regarding the status of your lost property. Captain James and his staff checked to see if any property in the Property Room was tagged with your name. Unfortunately, they were unsuccessful. Property that is left behind such as yours was when you went to the hospital and then to state prison, is usually discarded. There is no set schedule.

Although these papers were important to you, they would have been considered disposable by anyone cleaning out a cell and subsequently discarded. My only recommendation is for you to contact Prisoner Services and NCSL to see if they have copies of your grievances and legal materials. I provided you with the addresses in my last letter. Hopefully, they can be of assistance.

I apologize for any inconvenience this has caused

Mary Ann de Souza

# City and County of San Francisco

## OFFICE OF THE SHERIFF



Michael Hennessey
SHERIFF

(415) 554-7235

Jeffery Walker F 11343
CMF
P.O Box 2000
Vacaville, Ca., 95696-2000

January 10, 2007

RE: LOST PROPERTY INQUIRY - BOARD OF SUPERVISORS:

Dear Mr. Walker,

The San Francisco Board of Supervisors received your inquiry regarding personal property that was misplaced after your incarceration in the San Francisco County Jail. According to your letter, you were transferred from a jail facility to the Hospital Unit: Ward 7 L, on January 17, 2006. You were subsequently transported to San Quentin the following day: January 18th. Your personal property, including legal materials, was not transferred with you.

Generally, when a prisoner is in custody, personal property remains with the person until release or transfer to another institution. If a prisoner is transported to the hospital, personal property does not accompany the prisoner, largely because of the emergency nature associated with hospital admissions. Since you were sent to San Quentin the following day, the property remained at the jail facility where you had been housed. After a prisoner is released from custody, any items left in the cell are destroyed. In your case, the papers, documents and other materials would not have been saved, particularly since it has been approximately one year since you left Sheriff's custody.

The Sheriff's Department regrets the loss of your property and suggests that you contact Prisoner Legal Service and the Northern California Service League to see if they have copies of some of your materials. I have included their respective addresses so you may contact them for assistance.

Prisoner Legal Services
70 Oak Grove Street
San Francisco, Ca. 94103

Northern California Service League
28 Boardman Place
San Francisco, Ca., 94103.


Sincerely,

*[signature]*

Mary Ann de Souza
San Francisco Sheriff's Department


C:   Madeleine Licavoli, Deputy Director II
     Board of Supervisors

1  all located 850 Bryant st, San Francisco
2  County Jail employees. CA. 94103

III. Statement of Claim

State here as briefly as possible the facts of your case. Be sure to describe how each defendant is involved and to include dates, when possible. Do not give any legal arguments or cite any cases or statutes. If you have more than one claim, each claim should be set forth in a separate numbered paragraph.

See: Added page

IV. Relief

Your complaint cannot go forward unless you request specific relief. State briefly exactly what you want the court to do for you. Make no legal arguments; cite no cases or statutes.

see: Added page

COMPLAINT                    - 3 -

1. This is a cival rights action filed by Jeff Walker, for damages and injunctive relif under 42 U.S.C 1983 alleging excessive use of force in violation of the eighth Amendment to United States Constitution.
2. The plaintiff also alleges torts of assault and battery and neglegence.

3. The plaintiff Jeff Walker was incarcerated at SanFrancisco county Jail Facility 2 ( CJ-8) mental health housing unit during these events described in this complaint
4. Defendants officer Jones, John doe 2 John doe 3, John doe 4, and John doe 5 are county jail officers employed by Sanfrancisco county jail. They are sued in their individual capacity.
5. Defendant Jane Doe is a correctional county jail seargent in charge of the sittuation in CJ_8 unit during incedents described in this complaint. She is being sued in her individual capacity.
6. defendants Jane doe is a medical administrator at Sanfrancisco county Jail CJ-8 unit she is sued in her individual capacity.
7. All the defendants have acted and continue to act under color of state law at all times relevant to this complaint.
8. on or abot January 5th 2006 7 P.M. or so defendant Jones came to plaintiffs cell door along with John doe 2, John doe Three, John doe four, and John doe Five along with seargent Jane doe, and was asked to cuff up.
9. The plaintiff asked the seargent why she wanted him to cuff up and was told she Jane doe only wanted tocheck his speaker on the cell wall.
10. The plaintiff complied with all orders and turned around put his hands through slot back wards and cuffed up.

Misuse of frorce

11. Immediately officers Jones held the hand cuffs .
12. The defendants opened the cell door while pulling plaintiff back wards
13. The defendants Jones, John doe Two, Three and John doe four Immediatly starited using force.

14. Defendants Jones started kneeing plaintiff along with John doe two in the gut as Jones and John doe two took Plaintiff to the ground

15. Defendants John doe Three, John doe four also participated in taking plaintiff to the ground all while all the defendents started hiting Kicking and using excessive restraint technique to cause pain.

16. Defendants Jones and John doe After assults started to grag plaintiff backwards while cuffed all the time using restraint techniques

17. the restraint techniques were wrist locks on both wrist while pushed against medical hand cuffs used to cause pain.

18. Plaintiff was taken to safety cell all the while being called names

19. At the safety cell Defendants Jones, John doe Two, John doe three and John doe four and John doe five all participated in attacking plaintiff

20. Kicking in the ribs, hiting and using excessive restraints on wrist, Legs as you see in a hog tie possition.

21. As defendants began to disperse Plaintiff was layed face down hands in restraints while officer John doe Three placed a boot on the side of plaintiffs face applying pressure.

22. Defendants Jones, John doe two and John doe four and John doe five all told plaintiff not to move until they backed out of cell.

23. All defendants then backed out while calling plaintiff names.

24. During these events Jane doe supervising seargent remained outside cell and had been present during all acts and failed to intervene to stop officers.

25. While being called names plaintiff told all defendants including supervisor he was feeling suicidal.

26. Medical staff came and was told to ignore the complaint, when speaking to seargent Jane doe the medical mentioned they had to reprot it.

27. Defendants Jones and all other defendants began to pressure female seargent saying If they took me to hospital for suicide watch my Injuries would be seen.

28. So Defendant including seargent talked medical into not putting in referal

29. Plaintiff then began Injuring himself using a shieve from something found in the cell.
30. Medical came to the cell observed sittuation and ignored the acts.
31. Plaintiff began to punch the upper light causing blood and brusing to his hands.
32. Both medical and Officers ignored plaintiff.
33. Shift change came and Defendants told new shift to ignore plaintiffs acts and not to let plaintiff go to hospital.
34. Medical also witnessed the continued acts that went on all night.
35. Defendants John doe Six,John doe seven Supervisor seargent first watch are also sued in their individual capacity
36. Defendants Jane doe two and jane doe three were medical staff who were working,who witnessed such acts and failed to follow procedural policy wich could have prevented such continued acts.Are being sued in there individual capacity.
37. Plaintiffs John doe were told to take plaintiffs clothes in wich were kept all night.
38. Plaintiff suffered all night in cold and humilating cercumstances and was experiencing mental health problems as plaintiff was a mental health patient.
39. The medical depart ment staff Jane doe Two and Jane doe three have also failed to intervene or get help to a mental health patient who was suffering from a mental health out brake.and because of such Neglegence are being sued for that as well.
40. Plaintiffs hands,Face,ribbs were injured noted in medical reports were plaintiff was assaulted and left in cruel and unusual circumstances were plaintiff suffered all night.
41. The next After noon withen this twenty four hour period Plaintiff was taken to the hospital after Second watch day shit staff saw Plaintiff cutting him self with a shief.
42. Plaintiff was finaly taken to Sanfrancisco general hospital and were a complaint was made against all parties noted in this complaint

43. During any of the Defendants assaults,Restraints,Etc.Plaintiff was never resisting,nor are there any disciplinary reports for wrong doing.

44. Plaintiff has suffered Mentaly,Physically emotionaly,and will be affected for life.

45. Plaintiff is still recieving mental health treatment and now suffers from paranoia and other mental health issues that have been retriggered by acts in this complaint., Due to such neglegance.

See:Exhibits Medical reports as supporting evifence

I do swere under the penalty of perjury that the foregoing statements are true the best of my ability to remember

Jeff Walker F 11343 x--_[signature]_--------Date 1-19-08

Claims for relief

A. The actions of defendants Jones, John does two, three, four, and John doe five in using physical force were done maliciously and sadistically and constituted cruel and unusual punishment in violation of the eighth amendment of the United states constitution.

B. The actions of defendants defendants Jones, John doe two, three, four and five in using physical force against the plaintiff without need or provocation constitued the tort of assualt and battery under the law of

C. The failure of Super visory official defendant Jane doe to take disciplinary action or other action to curb the known pattern of physical abuse of inmates by defendants Jones, John doe two, three, four and johndoe five constituted a deliberate Indifference, and contributed to to and proxamately cuased the above described violations of the Eighth Amenment rights and assualt and battery.

D. The failure of the medical staff To Intervene In the prevention and Intervention policy from suicidal attempts or self injurous behavior Jane doe one, two and Jane doe three failure to provide such treatment constitutes deliberate indifference to plaintiffs serious medical and mental health needs in violation of the Eight Amendment to the united states constitution.

**WHEREFORE,** plaintiff Request that the court grant the following relief:

See Added Page

Relief

Awards Compensatory damages in the following amounts:

100.000 Jointly against Defendants Jones,Johndoe two,John doe Three,John doe four and john doe five for the physical,emotional,Injuries sustained as a result of plaintiffs beating and acts. Including the mental abuse in wich Plaintiff will suffer for life.

2.100.00 dollars Jointly and severly against Jane doe supervisory officials for the physical emotional and mental health Injuries resulting from their neglegance and failure to provide adequate assistance tomental health treatment and medical care as well as failure to intervene to stop assults.
as well as the injuries sustained as a result of plaintiffs beatings due to supervisor jane doe neglegance.

3.50.000 dollars jointly and severly against Jane doe 1 Jane doe two and Jane do three of the medical staff for failing to prevent or intervene in a mental health crisis were plaintiff suffered mental and emotionaly as well as was physicaly allwoed to further hurt himself in violation of procedural policy.

AWARD PUNITIVE DAMAGES

1.50.000 each against Jones,John doe Two,John doe three,John doe four and John doe five

2.50.000 each against Jane doe Supervisory Official

3.50.oo0 each against Jane doe one,Jane doe two, and jane doe three medical staff.

And to grant such other relief as it appears that plaintiff is en titled

Date: 1-19-08

Respectfully submitted.

*Jeffery Walker* (signature)

**AFFADAVIT IN SUPPROT OF THE PLAINTIFFS MOTION FOR THE APPOINTMENT**

OF COUNSEL

**Jeffery walker**, being duly sworn, deposes and says:

1. I am the Plaintiff in the above entittled case. I make this affadavit in support of my motion for the appointment of counsel

2. The complaint in this case alleges that plaintiff was subject to the misuse of force be several sheriff or correctional officers, some of whom actively beat and kicked him and others whom watched and failed to intervene. it alleges that supervisory officials and are liable for failing to take action to control them. The plaintiff was sub suffered mental health issues inwich plaintiff alleges medical staff failed to assist or provide safe housing.

3. This is a coplex case becuase it contains several different legal claims. with each claim involving a different set of defendants.

4. The case involves medical issues that may require expert testimony.

5. The plaintiff has demanded a jury trial

6. The case will require discovery of documents and depositions of a number of witnesses.

7. The testimony will be sharp. since the pkaintiff alleges the defendents assaulted him were the defendants will vehemently agrgue differnt.

8. The plaintiff has only a limited education and has never graduated and has no real legal education.

9. The plaintiff is serving a sentence in prison and is limited as to his time to research and access to library.

10. The plaintiff suffers from a mental health condition that will affect his ability to continue to argue effectively.

11. as set forth in the memorandum of law submitted with this motion, these facts, along with the legal merit of the plaintiff's claims, support the appointment of counsel to represent the plaintiff.

WHEREFORE, THE PLAINTIFF"S MOTION FOR THE APPOINTMENT OF COUNSEL SHOULD BE GRANTED.

Jeffery Eugene Walker. I swere under penalty of perjury theforegoing is true.

Mr. Jeffery Walker, K/1343
CMF P.O. Box 2000
Vacaville CA. 95696-2000

**RECEIVED**
JAN 24 2008
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Confedential
Legal mail

San Francisco
450 Golden
San Francis

Attn: clerk. Fo

