

E-filing

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Jeffery Eugene walker

Plaintiff,

vs.

Jones, John doe two, John doe three, john doe four, John doe five, Jane doe super visor and Jane doe one, jane doe two and Jane doe three: Defendants

CASE NO. CV 08 0757 CRB (PR)

PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS

I, Jeffery Walker, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed?            Yes ___ No X

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: N/A          Net: N/A

Employer: _____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

PRIS. APP. TO PROC. IN FORMA PAUPERIS                - 1 -

1  and wages per month which you received. (If you are imprisoned, specify the last place of
2  employment prior to imprisonment.)
3  _Business owner mr. wonderful entertainment_
4  _____
5  _____
6  2.   Have you received, within the past twelve (12) months, any money from any of the following
7  sources:
8     a.   Business, Profession or                Yes ___ No ✓
9          self employment
10    b.   Income from stocks, bonds,             Yes ___ No ✓
11         or royalties?
12    c.   Rent payments?                         Yes ___ No ✓
13    d.   Pensions, annuities, or                Yes ___ No ✓
14         life insurance payments?
15    e.   Federal or State welfare payments,     Yes ___ No ✓
16         Social Security or other govern-
17         ment source?
18 If the answer is "yes" to any of the above, describe each source of money and state the amount
19 received from each.
20 _____
21 _____
22 3.  Are you married? _separated 14 yrs_   Yes ✓ No ___
23 Spouse's Full Name: _Angela marie walker (Thomas_
24 Spouse's Place of Employment: _unknown_
25 Spouse's Monthly Salary, Wages or Income:
26 Gross $ _unknown_   Net $ ___
27 4.  a.   List amount you contribute to your spouse's support: $ _None_
28     b.   List the persons other than your spouse who are dependent upon you for support

1      , and indicate how much you contribute toward their support. (NOTE: For minor
2      children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).
3   My family has custody of our kids
4   _____
5   5.   Do you own or are you buying a home?      Yes ___   No ✓
6   Estimated Market Value: $_____✓_____  Amount of Mortgage: $_____✓_____
7   6.   Do you own an automobile?                 Yes ___   No ___
8   Make ____✓____ Year ____✓____ Model ____✓____
9   Is it financed? Yes ___ No ___ If so, Total due: $ ___
10  Monthly Payment: $ ___
11  7.   Do you have a bank account? Yes ✓ No ___ (Do not include account numbers.)
12  Name(s) and address(es) of bank: Wells Fargo
13  _____
14  Present balance(s): $ Negative
15  Do you own any cash? Yes ___ No ✓ Amount $ ___
16  Do you have any other assets? (If "yes," provide a description of each asset and its estimated
17  market value.)  Yes ___ No ✓
18  _____
19  8.   What are your monthly expenses?
20  Rent: $ Im in custdy Utilities: ___
21  Food: $ ___  Clothing: ___
22  Charge Accounts:
23  Name of Account         Monthly Payment         Total Owed on This Acct.
24  ___                     $ ___                   $ ___
25  ___                     $ ___                   $ ___
26  ___                     $ ___                   $ ___
27  9.   Do you have any other debts? (List current obligations, indicating amounts and to whom
28  they are payable. Do not include account numbers.)

```
1  _____
2  _____
3  10.   Does the complaint which you are seeking to file raise claims that have been presented in
4  other lawsuits?   Yes ____   No ✓
5  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which
6  they were filed.
7  _____
8  _____
9       I consent to prison officials withdrawing from my trust account and paying to the court the
10 initial partial filing fee and all installment payments required by the court.
11      I declare under the penalty of perjury that the foregoing is true and correct and understand
12 that a false statement herein may result in the dismissal of my claims.
13
14  1-19-08                              Jeffery Eugene Warner
15   DATE                              SIGNATURE OF APPLICANT
```

PRIS. APP. TO PROC. IN FORMA PAUPERIS                  - 4 -

1
2
3
4   I declare under penalty of perjury that the foregoing is true and correct.
5
6   Signed this ___19___ day of ___January___, 20_08_
7
8   _____Jeffery Warter_____
9   (Plaintiff's signature)
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

COMPLAINT                              - 4 -

Case Number: _____

## CERTIFICATE OF FUNDS
## IN
## PRISONER'S ACCOUNT

F 11343

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of __WALKER, J.__ for the last six months at

__CMF__ where (s)he is confined.

[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ __0__ and the average balance in the prisoner's account each month for the most recent 6-month period was $ __0__.

Dated: __12-13-07__          __M. Soares__
                             [Authorized officer of the institution]

-5-

| STATE OF CALIFORNIA GA-22 (9/92) | | **INMATE REQUEST FOR INTERVIEW** | | DEPARTMENT OF CORRECTION |
|---|---|---|---|---|
| DATE Dec-11-07 | TO TRust | FROM (LAST NAME) Walker | | CDC NUMBER F11343 |
| HOUSING L-136 | BED NUMBER | WORK ASSIGNMENT E.O.P. | JOB NUMBER FROM — TO — | |
| OTHER ASSIGNMENT (SCHOOL, THERAPY, ETC.) | | | ASSIGNMENT HOURS FROM — TO — | |

**Clearly state your reason for requesting this interview.**
You will be called in for interview in the near future if the matter cannot be handled by correspondence.

Need you to document all Three Trust Account certificate of Funds for 3 seperate cases.

INTERVIEWED BY                                                                 DATE

DISPOSITION    DONE 12-13-07 ⌐J.

proof of Request before End of Filing date.

```
REPORT ID: TS3030  .701                                    REPORT DATE: 12/13/0
                                                           PAGE NO:
                       CALIFORNIA DEPARTMENT OF CORRECTIONS
                          CALIFORNIA MEDICAL FACILITY
                         INMATE TRUST ACCOUNTING SYSTEM
                         INMATE TRUST ACCOUNT STATEMENT

                  FOR THE PERIOD: JUL. 13, 2007 THRU DEC. 13, 2007

ACCOUNT NUMBER : F11343              BED/CELL NUMBER: MIL100000000136S
ACCOUNT NAME   : WALKER, JEFFERY                ACCOUNT TYPE: I
PRIVILEGE GROUP: A
                              TRUST ACCOUNT ACTIVITY

   << NO ACCOUNT ACTIVITY FOR THIS PERIOD >>

                              TRUST ACCOUNT SUMMARY

  BEGINNING        TOTAL          TOTAL         CURRENT        HOLDS       TRANSACTIONS
   BALANCE        DEPOSITS      WITHDRAWALS     BALANCE       BALANCE      TO BE POSTED
  ---------      ---------      -----------     -------       -------      ------------
    0.00           0.00            0.00           0.00          0.00           0.00
```

226



THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE.
ATTEST: 12-13-07
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____
TRUST OFFICE

CURRENT AVAILABLE BALANCE
0.00