```
                                            FILED
                                          08 APR -7 PM 5:08

            IN THE UNITED STATES DISTRICT COURT

          FOR THE NORTHERN ~~DIC~~ District OF CALIFORNIA
```

JEFFERY E WALKER,       )    No 08-0757 CRB (PR)
    plaintiff          )
                       )         MOTION
vs                     )
                       )    Brief In Opposition
OFFICER JONES, et al., )
                       )    To diss and Amend
    Defendants         )
                       )    Discovery Motion

---

Rule 26 through 37, fed r.civ.P  if not current please understand that I am not experienced at this but am attemting to get the names of all the John & Jane does mentioned in complaint as well as mental & medical staff at the jail involved names including nedding the following info to proceed.

1. Any and All CJ_8 disciplinary reports from May 2005 till Jan 2006
2. Any and all cell moves and cell mate if any info same dates.
3. Any And All Safety cell Placement reports
4. Any and all Excessive force documents Same times noted on my self
5. Any and all Grievances Submitted and Investigations done
6. Any and all Staff Incident reports of Any acts in CJ_8
7. All logs of court order grooming and Dates let out to do so Same times
8. Any and all Jail Investigations on acts in CJ-8 By Jail IAU concerning Grievances filed or complaints made including interview dates of all Parties Including interviews done with me. From May 2005 to Jan 2006

1  Any and all Cell Moves in CJ-* including Admittance Dates and cell info
2  10.Any and all Supervisor Incident reports on Excessive force use same time
3  11.Any and all Disciplinary reports & grievances filed 2005 may to jan 2006
4     concerning CJ_* acts
5  12 Any and all names of captains in CJ-8 during that time
6  13.Any and all inspection dates from December 2005 to jan 2006 in unit
7     CJ-8
8                             Request
9                       Medical & Mental Health
10
11 1.Any and all Hospital referals Reports from May 2005 to Jan 2006
12    to SanFrancisco general
13 2.Any and all medical reports for cutting wrist,suicide attempts,Etc.
14 3.Any And all Medical 7 mental health Safety room placement info
15    Logs of cell,Acts or referals,medications,Restraint chair,
16    4.Any and all Hospital trips for injuries or Suicide watch.
17    5Any and all Self injurous reports. May 2005 to Jan 2006 CJ_8
18    6 Any and all Any and all post order positions December 19 2005
19      and the mounth of Jan 2006  CJ-8 Officers,Supervisors LT.& Captain
20    7.Any and all Safety cell placements same times
21    8 Any and all medical records and mental health sent from 71 Sanfrancisco
22      General hospital or sent to. from May 2005 to jan 2006
23                             Request
24 Internal affairs to release any investigation reports from aany complaints
25    by me. concerning excessive force,Interview dates Etc.
26    This info is needed to insure a fair hearing and to obtain the naes
27    of all parties involved and to note who did what to me.
28                                          Very Truly Yours
                                             Jeff Walker

FILED

MAR 1 4 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFERY E. WALKER,<br><br>　　　　Plaintiff(s),<br><br>　vs.<br><br>OFFICER JONES, et al.,<br><br>　　　　Defendant(s). | No. C 08-0757 CRB (PR)<br><br>ORDER OF DISMISSAL WITH<br>LEAVE TO AMEND |

Plaintiff, a prisoner at the California Medical Facility in Vacaville, has filed a pro se complaint for damages under 42 U.S.C. § 1983 alleging that on January 5, 2006, while he was at the San Francisco County Jail, jail officials used excessive and unnecessary force against him and denied him subsequent medical attention. Plaintiff names Officer Jones and various John and Jane Doe defendants.

## DISCUSSION

A.    <u>Standard of Review</u>

Federal courts must engage in a preliminary screening of cases in which prisoners seek redress from a governmental entity or officer or employee of a governmental entity. 28 U.S.C. § 1915A(a). The court must identify cognizable

claims or dismiss the complaint, or any portion of the complaint, if the complaint "is frivolous, malicious, or fails to state a claim upon which relief may be granted," or "seeks monetary relief from a defendant who is immune from such relief." Id. § 1915A(b). Pro se pleadings must be liberally construed, however. Balistreri v. Pacifica Police Dep't, 901 F.2d 696, 699 (9th Cir. 1990).

To state a claim under 42 U.S.C. § 1983, a plaintiff must allege two elements: (1) that a right secured by the Constitution or laws of the United States was violated, and (2) that the alleged violation was committed by a person acting under the color of state law. West v. Atkins, 487 U.S. 42, 48 (1988).

B.   Legal Claims

The use of force maliciously and sadistically to cause harm violates the Eighth Amendment's proscription against cruel and unusual punishment. See Hudson v. McMillian, 503 U.S. 1, 6-7 (1992). So does deliberate indifference to serious medical needs. See Estelle v. Gamble, 429 U.S. 97, 104 (1976). But in order to state a cognizable claim for damages under § 1983, plaintiff must set forth specific allegations showing how each defendant's actions and/or omissions were the "actual and proximate cause" of the deprivation of which plaintiff complains. See Leer v. Murphy, 844 F.2d 628, 634 (9th Cir. 1988). Plaintiff has not done so.

Plaintiff may have a cognizable claim for damages under § 1983 against Officer Jones and some of the individual Doe defendants. But in order to proceed, plaintiff must identify the Doe defendants, and amend his complaint to name them and Jones and set forth specific facts as to how each individual defendant violated his rights. See Wakefield v. Thompson, 177 F.3d 1160, 1163 (9th Cir. 1999). Plaintiff will be afforded 30 days from the date of this order to identify the unknown Doe defendants and amend his complaint.

2



## CONCLUSION

For the foregoing reasons, the complaint is dismissed with leave to amend, as indicated above, within 30 days of this order. The pleading must be simple and concise and must include the caption and civil case number used in this order and the words FIRST AMENDED COMPLAINT on the first page. Failure to file a proper amended complaint within the designated time will result in the dismissal of this action.

Plaintiff is advised that the amended complaint will supersede the original complaint and all other pleadings. Claims and defendants not included in the amended complaint will not be considered by the court. See King v. Atiyeh, 814 F.2d 565, 567 (9th Cir. 1987).

SO ORDERED.

DATED: March 14, 2018

CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\CR.08\Walker, J1.dwlta.wpd

3

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JEFFREY E WALKER,

    Plaintiff,

v.

JONES et al,

    Defendant.
_____/

Case Number: CV08-00757 CRB

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 14, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jeffery E. Walker F-11343
CMF
P.O. Box 2000
Vacaville, CA 95696-2000

Dated: March 14, 2008

                                        Richard W. Wieking, Clerk
                                        By: Barbara Espinoza, Deputy Clerk

Case Name: Jeffery Walker v Jones
Case Number: 08-0757 CRB (PR)
Court: U.S. District Court for Northern District

## PROOF OF SERVICE BY MAIL

I, Jeffery Walker, declare:

That I am over the age of eighteen years of age and am not a party to the above entitled cause of action. That I reside in Solano County, California at the California Medical Facility, at 1600 California Drive, P.O. Box 2500, Vacaville, California, 95696-2500.

That on 3-30-08 I served the attached: a true copy of the attached:

Motion-Brief in opposition to Dismiss and Amend discovery motion

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal legal mail collection system at the California Medical Facility, Vacaville, California, addressed as follows:

Office of clerk U.S. District court Northern District of California, 450 Golden Gate Av S.F. CA. 94102

I declare under penalty of perjury and under the laws of the State of California that the foregoing is true and correct. That this proof of service was executed on the 3-30-08 at California Medical Facility, Vacaville, California.

Jeffery Walker
**Declarant**

Jeffery Walker
**Declarant's Signature**

CMF P.O. Box 2000
Vacaville CA. 95696-2000

Confodential Legal
mail

**LEGAL MAIL**

Office of The Clerk U.S. District court
Northern District of California
450 Golden Gate Avenue
San Francisco, Ca. 94102

CA MEDICAL FACILITY
FIRST CLASS

02 1M
0004225987
MAILED FROM ZIP CODE 95
$01.4
APR 04 2
UNITED STATES POSTAGE
PITNEY BOWES