IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CALIFORNIA

FILED
08 JUN 24 PM 4:04
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY WALKER ) | No C 08-0757 CRB (PR) |
| PLAINTIFF, ) | MOTION |
| ) | AND REQUEST TO AMEND THESE NAMES |
| VS ) | and CORRECT THE FILING NAME |
| OFFICER DOE JONES ) | would also request an extension |
| ASUCION BENDEBEL,CN ) | of time and for a subpoena order to |
| STACY NILSON,THERAPIST ) | be issued. |
| SRGT CABEBE ) | |
| PES MD DOE ) | |
| JOHN DOE 1 ) | |
| JOHN DOE 2 ) | |
| JOHN DOE 3 ) | |
| JOHN DOE 4 ) | |
| JOHN DOE 5 ) | |
| JANE DOE SUPERVISOR ) | |

The date of incident was January 3 2006 correction all the acts stated by plaintiff conducted by the Doe defendants are the same but would now add the names mentioned up above and will state how each new party is involved.

1. BENDEBEL ASCUNCION was the medical mental health CN on 1-3-08 who had witnessed plaintiff hurting himself and failed to Prevent or intervein Plaintiff had told him he would continue and was not stoped denying treatment. He Later called pes MD and told them plaintiff would not stop hurting himself CECIL CN had informed that he cannot be taken unless he is on 5150 ( TO S.F.G.H ) advised to continue cell placement were plaintiff had cut himself wrist,busted hands,etc.

1

1 Stacy Nilson is involved as the therapist who had also been told by plaintiff
2 he was feeling suicidal on 1-3-06 after being assaulted by sheriff deputies
3 she had noted Plaintiff was agitated and wanted to go to the hospitaal.
4 she notes in prejudice clients behavior noted by other staff and therefore
5 had elected to not place on 5150 hold and as a result of her neglegence and
6 Failure to prevent or entervein Plaintiff ended up hurting himself.
7 Therefore she is being sued in her individual and official capasities.
8 3.SRGT Cabebe was the watch commander who was told on 1-3-06 at 23:44 hrs
9   that plaintiff needed to go to Hospital or be placed in restraint chair
10   and he had refused to provide mental health treat ment or allow plaintiff
11   to get help.Even after he personaly watched plaintiff hurting himself and
12   was told by Bendebel Asuncion and told by cecil CN, who had spoke to louie
13   Rn who made note if behavior escalated he needs to be reffered and when
14   srgt Cabebe was told this request was denied.As a result of this SRGT Negle
15   gence plaintiff was denied mental health treatment wich resulted in plaintiff
16   injuring himself and suffered mentaly and emotionaly as well as physicaly.
17   for this reason SRGT Cabebe is also being sued in his individual as well as
18   official capasaties.
19 4.PES MD Is also being sued in there individual and official capasities were
20   even when told I was Injuring myself had denied me of appropriete mental
21   health treatment.As a result plaintiff had injured himself wich all
22   caused mental,emotional and physical abuse.
23         Prayer for relief and deman for Jury trial
24 Compensatory
25 SRGT BABEBE 100.000 for the physical and emotional and mental Abuse
26         and failure to provide safe housing and appropriete treatment
27 BENDEBEL ASUCION 100.000 for the failure to prevent or entervein causing
28 physical,mental & Emotional abuse and a denial of appropriate mentel treatment

1  STACY NILSON    100.000 for also failing to provide appropriate mental health
2  treatment and failure to prevent or entervein as a result of her neglegence
3  plaintiff has suffered mentaly,physicaly and emotionaly.
4  PUNATIVE:
5  each party:
6  SGT Cabebe 100.000
7  STacy Nilson 100.000
8  Bendebel,CN 100.000
9  PES 100.000
10
11             Plaintiff Request for Jury Trial
12                 so submitted Jeffrey Walker
13
14 Please Amend and make corrections to the filers name to be Jeffrey Walker
15 and add the Amended names.
16
17
18
19
20
21
22
23
24
25
26
27
28

3.

Request for the following Documents to be Subpoened

1. Request the Sanfrancisco county Jail Produce all grievances, all investigation reports, taped interviews, and cell movements between May 2005 and Jan 17-06

2. Request the Production of all medical and mental health reports from the same dates

3. Request the sanfrancisco General hospital medical and menta health department to produce the medical & mental health reports in full.

These request are necassary for the fair filing and production of
The doe defendants needed to
Further Amend

See: Exhibit (A) Notice From sheriff Legal noting need subpoena.

See: Exhibit (B) S.F.G.H. No Longer provides medical reports must be subpoena

4

1

2              IN THE UNITED STATES DISTRICT COURT

3                 FOR THE DISTRICT OF CALIFORNIA

4

5  JEFFEry Walker,           )   No C 08-0757 CRB(PR)
                             )
6     plaintiff(s)           )         MOTION
                             )
7  vs                        )   and Request to Amend The names
                             )
8  OFFICER JONES,et al.,     )   gotten and a Request for extension
                             )
9     Defendant(s)           )   of Time to Gather other Names and
                             )
10 ---------------------------    a Request for Subpoena to be issued

11                                  To Gather Documents with

12                                       DOE DEFENDANTS

13

14

15 On April 15 08 Plaintiff was ordered and granted an Extension of time 60

16 Days to Gather the names of the Doe Defendants and Amend Them.On 3-29-08

17 Plaintiff had written to Sherriff Legal and Requested the Investigation

18 reports and Info needed to get the Doe defendants names see:Exhibit A

19 Plaintiff was given the medical reports and Mental health records but

20 was told he needed a Subpoena to Gather the rest of the reports with

21 the Doe names in it. Plaintiff had also tried to get the full medical

22 reports from S.F.G.H and was told he could not get them due to a new policy

23 were they cannot give to prisoners anymore.See Exhibit B I have also written

24 the Jail and requested all investigation reports and grievances Etc so as

25 to gather the names of doe defendants and I have been Ignored.I swere Under

26 Penalty of perjury that the foregoing statements are trueX *Jeffrey Walker*

27 Date 6-9-08 Therefore I request the following.         *Jeffrey Walker*

28

                              1

Jeffery Walker F11343
CMF P.O. Box 2000
Vacaville CA 95696-2000

Confidential
Legal Mail

NORTHERN DISTRICT OF CAL
U.S. Court House
450 Golden Gate Ave
P.O. Box 36060
San Francisco CA 9410

CA MEDICAL

RECEIVED
JUN 24 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA