IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JEFFERY E. WALKER, | ) | |
|     Plaintiff(s), | ) | No. C 08-0757 CRB (PR) |
| vs. | ) | ORDER |
| OFFICER JONES, et al., | ) | (Docket # 7) |
|     Defendant(s). | ) | |

      Plaintiff, a prisoner at the California Medical Facility in Vacaville, filed a pro se complaint for damages under 42 U.S.C. § 1983 alleging that on January 5, 2006, while he was at the San Francisco County Jail, jail officials used excessive and unnecessary force against him and denied him subsequent medical attention. He names Officer Jones and various John and Jane Doe defendants, but links no one to his allegations of wrongdoing.

      Per order filed on March 14, 2008, the court dismissed the complaint with leave to amend within 30 days. The court explained that plaintiff must identify the Doe defendants through discovery and file a first amended complaint naming them and Officer Jones, and setting forth specific facts as to how each individual defendant violated his rights.

      Plaintiff responded with a discovery request for the court. Per order filed on April 15, 2008, the court explained that plaintiff must conduct his own discovery. The court cannot do it for him. But in the interest of justice, plaintiff

was afforded 60 days to identify the Doe defendants through discovery and file a first amended complaint.

Plaintiff has not filed a first amended complaint. Instead, he recently filed a pleading identifying some Doe defendants and requesting additional time to conduct discovery to identify the other Doe defendants. Good cause appearing, plaintiff's request (docket # 7) is GRANTED. Plaintiff will be afforded a final opportunity to identify the remaining Doe defendants (the clerk is sending him a blank subpoena) and file a first amended complaint within 60 days of this order.

The first amended complaint must be simple and concise and must include the caption and civil case number used in this order and the words FIRST AMENDED COMPLAINT on the first page. Plaintiff may not file partial amendments to the original complaint. He must file an amended complaint naming all defendants and specifically alleging how each violated his federally protected rights. Claims and defendants not included in the amended complaint will not be considered by the court. See King v. Atiyeh, 814 F.2d 565, 567 (9th Cir. 1987).

Failure to file a proper first amended complaint within the designated time will result in the dismissal of this action.

SO ORDERED.

DATED: July 2, 2008

CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\CR.08\Walker, J1.or2.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY E WALKER,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JONES et al,<br><br>　　　　Defendant.　　　　　　　／ | Case Number: CV08-00757 CRB<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 2, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Jeffery E. Walker F-11343
CMF
P.O. Box 2000
Vacaville, CA 95696-2000

Dated: July 2, 2008

　　　　　　　　　　　　　　　　　　　　Richard W. Wieking, Clerk
　　　　　　　　　　　　　　　　　　　　By: Barbara Espinoza, Deputy Clerk