IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JEFFREY E WALKER,

    Plaintiff,

  v.

JONES, et al.,

    Defendant(s).

No. C 08-00757 CRB (PR)

ORDER

    Good cause appearing, plaintiff's request for an extension of time to file an opposition to defendant(s)'s motion for summary judgment is GRANTED.  Plaintiff shall file an opposition by no later than May 21, 2010, and defendant(s) shall file a reply within 15 days thereafter.

    Prison officials shall provide plaintiff with reasonable access to legal and writing materials so that he may comply with the court's deadlines.

    The clerk shall terminate the motion in docket number 88.

SO ORDERED.

DATED: April 6, 2010

CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\CR.08\Walker, J1.eot2.wpd