**United States District Court**
For the Northern District of California

1

2

3

4

5                               UNITED STATES DISTRICT COURT

6                             NORTHERN DISTRICT OF CALIFORNIA

7                                       EUREKA DIVISION

8

9    JEFFREY E. WALKER,                              No. C 08-0757 CRB/NJV (PR)

10            Plaintiff,                             NOTICE AND ORDER SETTING
                                                     SETTLEMENT CONFERENCE IN
11       v.                                          PRO SE PRISONER EARLY
                                                     SETTLEMENT PROGRAM
12   OFFICER JONES, et al.,

13            Defendants.
     _____/

14

15

16   TO ALL PARTIES AND COUNSEL OF RECORD:

         You are hereby notified that a settlement conference is scheduled for 2:00 p.m. on Friday,

17
     December 17, 2010 at 2:00 p.m. in Courtroom D on the 15th Floor of the Phillip Burton Federal
18
     Building and United States Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102..
19
         Lead trial counsel shall appear at the settlement conference with the parties and persons
20
     having **full authority** to negotiate and settle the case.  **A person who needs to call another person**
21
     **not present before agreeing to any settlement does not have full authority.  To the extent that**
22
     **such consultations are necessary, they must be made in advance of the settlement conference.**
23
         Personal attendance of a party representative will rarely be excused by the Court, and then
24
     only upon separate written application demonstrating substantial hardship served on opposing
25
     counsel and lodged as early as the basis for the hardship is known.
26
         Confidential settlement conference statements shall be mailed or emailed
27
     (NJVpo@cand.uscourts.gov) to and received by  chambers no later than two weeks prior to the
28
     settlement conference.

United States District Court

For the Northern District of California

1    Any request to continue the settlement conference shall state the reason therefor and be

2  submitted in writing as soon as possible well in advance of the scheduled conference date.  Requests

3  to vacate the settlement referral must be made to the *referring* Judge, not Magistrate Judge Vadas.

4    The parties shall notify the undersigned's Chambers immediately at (707) 445-3612 if this

5  case settles prior to the date set for the settlement conference.

6

7  IT IS SO ORDERED.

8

Dated:  September 20, 2010

9  _____

NANDOR J. VADAS
10  United States Magistrate Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

**United States District Court**
For the Northern District of California

1

2

3

4

5

6                    UNITED STATES DISTRICT COURT

7                   NORTHERN DISTRICT OF CALIFORNIA

8                           EUREKA DIVISION

9

10   JEFFREY E. WALKER,                        No. C 08-0757 CRB/NJV (PR)

11              Plaintiff,

12        v.                                   CERTIFICATE OF SERVICE

13   OFFICER JONES, et al.,

14              Defendants.
                                          /
15   _____

16

17        I, the undersigned, hereby certify that on September 20, 2010 I SERVED a true and correct

18   copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s)

     listed below, by depositing said envelope in the U.S. Mail.
19

20        Jeffrey E. Walker
          F-11343
21        California Men's Colony State Prison
          Cell # 8301
22        P.O. Box 8101
23        San Luis Obispo, CA 93409-8101

24

25                                             /s/  Chris Wolpert

26                                          _____
                                               Chris Wolpert
27                                          Administrative Law Clerk to
                                            the Honorable Nandor J. Vadas
28

                                           3