1
2
3
4
5
6
7
8                              UNITED STATES DISTRICT COURT
9                            NORTHERN DISTRICT OF CALIFORNIA
10                                      EUREKA DIVISION
11

| 12 | JEFFREY E. WALKER, | Case No.  C 08-0757 CRB/NJV (PR) |
|----|--------------------|-----------------------------------|
| 13 | Plaintiff, | **WRIT OF HABEAS CORPUS AD TESTIFICANDUM** |
| 14 | v. | |
| 15 | OFFICER JONES, et al., | Date:  December 17, 2010<br>Time:  2:00 p.m. |
| 16 | Defendants. | Place: Courtroom G, 15th Floor<br>Judge: Nandor J. Vadas |

   Jeffrey E. Walker, inmate no. F-11343, is the named plaintiff in the above-captioned case. Mr. Walker is currently confined in California State Prison in Sacramento, CA.  He is a necessary party at a court-ordered settlement conference scheduled for December 17, 2010.  To allow for Mr. Walker's participation in said settlement conference, it is necessary that a Writ of Habeas Corpus Ad Testificandum issue commanding the Warden of California State Prison to produce the inmate before this Court in Courtroom G on the 15th floor of the Phillip Burton Federal Building and United States Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102 on December 17, 2010 at 2:00 p.m. and throughout the duration of the settlement conference.

ACCORDINGLY, IT IS ORDERED that:

1.     A Writ of Habeas Corpus Ad Testificandum Issue, under the seal of this court

1  commanding the Warden of California State Prison to produce the inmate to Courtroom G on
2  the 15th floor of the Phillip Burton Federal Building and United States Courthouse, 450 Golden
3  Gate Avenue, San Francisco, CA 94102 on December 17, 2010 at 2:00 p.m until the completion
4  of settlement conference as ordered by the Court; and
5  2.     Upon completion of the court-sponsored mediation, and upon satisfaction of this writ by
6  the Court, Jeffrey E. Walker shall be returned to California State Prison-SAC under safe and secure
7  conduct.

<u>WRIT OF HABEAS CORPUS AD TESTIFICANDUM</u>

9  TO THE WARDEN OF CALIFORNIA STATE PRISON - SAC,
10         We COMMAND you to produce the inmate named above to Courtroom G on the 15th
11 floor of the Phillip Burton Federal Building and United States Courthouse, 450 Golden Gate
12 Avenue, San Francisco, CA 94102 on December 17, 2010 at 2:00 p.m., and following completion
13 of the court-sponsored mediation to return the inmate to the above institution pursuant to the
14 conditions set forth above.

16 Dated: November 16, 2010

IT IS SO ORDERED

Judge Nandor J. Vadas

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| JEFFREY E. WALKER, | No. C 08-0757 CRB/NJV (PR) |
| Plaintiff, | |
| v. | CERTIFICATE OF SERVICE |
| OFFICER JONES, et al., | |
| Defendants. | |

I, the undersigned, hereby certify that on November 16, 2010 I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail.

Jeffrey E. Walker
F-11343
CSP-Sac B7-218
Cell #8301
P.O. Box 290066
Represa, CA 95671-0066

                                                Chris Wolpert
                                     Administrative Law Clerk to
                                     the Honorable Nandor J. Vadas