IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY E. WALKER, F-11343,<br><br>          Plaintiff,<br><br>     vs.<br><br>OFFICER JONES, et al.,<br><br>          Defendant(s). | )<br>) No. C 08-0757 CRB (PR)<br>)<br>) ORDER REFERRING PLAINTIFF<br>) TO FEDERAL PRISONER PRO<br>) BONO PROJECT AND STAYING<br>) PROCEEDINGS PENDING<br>) APPOINTMENT OF COUNSEL<br>)<br>) (Docket # 141, 147 & 148) |

The plaintiff having requested and being in need of counsel to assist him in this matter, and good and just cause appearing,

IT IS ORDERED that plaintiff shall be referred to the Federal Prisoner Pro Bono Project in the manner set forth below:

(1) The clerk shall forward to the Federal Prisoner Pro Bono Project: (a) a copy of this order, (b) a memorandum summarizing the claims and status of the action, and (c) a copy of the court file.

(2) Upon an attorney being located to represent plaintiff, that attorney shall be appointed as counsel for plaintiff in this matter until further order of the court.

(3) All proceedings in this action are stayed until four weeks from the date an attorney is appointed to represent plaintiff in this action.

The miscellaneous motions pending in this case (docket # 141, 147 & 148) are dismissed without prejudice to their being renewed after the stay is lifted.

SO ORDERED.

DATED: March 25, 2011

CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\CR.08\Walker, J1.refer.wpd