1
2
3
4
5          IN THE UNITED STATES DISTRICT COURT
6        FOR THE NORTHERN DISTRICT OF CALIFORNIA

8  JEFFREY E. WALKER, F-11343,        )
                                       )   No. C 08-0757 CRB (PR)
9           Plaintiff,                 )
                                       )   ORDER APPOINTING
10     vs.                             )   COVINGTON & BURLING LLP
                                       )   AS PRO BONO COUNSEL FOR
11  OFFICER JONES, et al.,             )   PLAINTIFF
                                       )
12          Defendant(s).              )
                                       )

Per order filed on March 28, 2011, the court referred plaintiff to the Federal Pro Bono Project of the Volunteer Legal Services Program (VLSP) to find a volunteer attorney to represent him.

VLSP has informed the court in writing that Robert Williams and Don Brown of Covington & Burling LLP (C & B) have agreed to serve as appointed pro bono counsel for plaintiff in this action.  The court is grateful for the firm's interest and commitment and, good cause shown, APPOINTS Robert Williams and Don Brown of C & B as counsel for plaintiff in this matter pursuant to 28 U.S.C. § 1915(e)(1) and the court's Federal Pro Bono Project guidelines.

The clerk shall set this matter for a case management conference within 90 days of this order.

SO ORDERED.

DATED:   June 1, 2011                    _____
                                         CHARLES R. BREYER
                                         United States District Judge

G:\PRO-SE\CRB\CR.08\Walker, J1.appointment.wpd