| | |
|---|---|
| DONALD W. BROWN (Bar No. 83347) | MARC LEWIS (Bar No. 233306) |
| E-mail: dbrown@cov.com | E-mail: marc.lewis@sfgov.org |
| ROBERT J. WILLIAMS (Bar No. 247428) | Attorneys for Defendants |
| E-mail: rwilliams@cov.com | Deputy City Attorney |
| Covington & Burling LLP | Fox Plaza |
| One Front Street | 1390 Market Street, 6th Floor |
| San Francisco, California 94111-4682 | San Francisco, California 94102-5408 |
| Telephone: (415) 591-6000 | Telephone:   (415) 554-3858 |
| Facsimile: (415) 591-6091 | Facsimile:   (415) 554-3837 |
| Attorneys for Plaintiff Jeffrey E. Walker. | Attorneys for Defendants |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JEFFREY E. WALKER<br><br>   Plaintiff,<br><br>v.<br><br>OFFICER JONES, et al.,<br><br>   Defendants. | Case No.: 3:08-cv-00757-CRB<br><br>**STIPULATION AND JOINT REQUEST FOR RELIEF FROM ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER**<br><br>Dept:   Courtroom 6, 17th Floor<br>Judge:  Judge Charles R. Breyer |

Pursuant to Local Rules 16-2(d) and 7-12, Plaintiff Jeffrey E. Walker and Defendants stipulate and jointly request a continuance of the Initial Case Management Conference ("CMC") in this case for 84 days. Per the Court's letter of June 8, 2011, the Initial Case Management Conference has been set for Friday, August 12, 2011 at 8:30 am.

This Court referred Plaintiff to the Federal Pro Bono Project of the Volunteer Legal Services Program ("VLSP") on March 28, 2011 in order to find volunteer attorney representation. D.I. 153. Counsel for Plaintiff was appointed on June 1, 2011. D.I. 157. In addition, counsel for Defendants first appeared in this case shortly before the case was referred to VLSP. D.I. 143. The case was stayed for four weeks following appointment of counsel for Plaintiff. D.I. 153. Since the stay has been lifted, the parties have been pursuing initial

1  discovery to attempt to more precisely frame the issues in dispute and to determine whether the
2  dispute is amenable to settlement.
3      The parties agree that the interests of justice would be served by a 84 day continuance of
4  the CMC.  This will allow the parties to continue with preliminary discovery, provide counsel
5  for all parties to continue their respective analysis of the issues, and allow the parties to discuss
6  resolving the dispute without further judicial assistance, obviating the Conference.  Further,
7  counsel for Defendants, Deputy City Attorney Lewis, will be on vacation during the currently-
8  scheduled CMC.
9      THEREFORE, IT IS HEREBY STIPULATED, AGREED, AND REQUESTED by the
10 parties, through their respective counsel, that the Initial Case Management Conference currently
11 scheduled to take place on August 12, 2011 be continued until November 4, 2011 at 8:30 a.m.,
12 or on such a date and at such a time thereafter as is convenient for the Court.

Dated:  July 26, 2011                          By:   /s/Robert J. Williams
                                                                               Robert J. Williams
                                                                               COVINGTON & BURLING LLP

                                                                               Attorneys for Plaintiff Jeffrey E. Walker

Dated: July 26, 2011            By:  /s/Marc Lewis
                                     Marc Lewis

                                     Attorneys for Defendants

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _____August 1_, 2011        _____
                                     Hon. Charles R. Breyer
                                     UNITED STATES DISTRICT JUDGE

# ECF CERTIFICATION

I, Robert J. Williams, am the ECF User whose identification and password are being used to file this Stipulation And Joint Request For Relief From Order Setting Initial Case Management Conference And Proposed Order. In compliance with General Order 45.X.B, I hereby attest that Marc Lewis has concurred in this filing.

DATED: July 26, 2011                    COVINGTON & BURLING LLP

                                        By:   */s/ Robert J. Williams*
                                              Robert J. Williams

                                        **ATTORNEYS FOR PLAINTIFF
                                        JEFFREY E. WALKER.**