DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #114961
Chief Trial Attorney
MARC R. LEWIS, State Bar #233306
Deputy City Attorney
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone: (415) 554-3921
Facsimile: (415) 554-3837
E-Mail: marc.lewis@sfgov.org

Attorneys for Defendants
Deputy Jones, Lieutenant Cabebe and
Asuncion Bendebel

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY WALKER,<br><br>        Plaintiff,<br><br>    vs.<br><br>OFFICER JONES, ASUCION BENDEBEL, CN, STACY WILSON, THERAPIST, SRGT. CABEBE, PES MD DOE, JOHN DOE 1, JOHN DOE 2, JOHN DOE 3, JOHN DOE 4, JOHN DOE 5, JANE DOE SUPERVISORY OFFICIAL, Sued in their Individual and Official Capacities,<br><br>        Defendants | Case No. 08-CV-0757 CRB<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Hearing Date: November 4, 2011<br>Time: 8:30 a.m.<br>Place: Courtroom 6, 17th Flr.<br><br>Trial Date: None Set |

A case management conference is presently scheduled for November 4, 2011, in the above captioned case. A trial date has not been set.

For the below stated reasons, counsel for the parties agree and stipulate that the conference be continued to December 9, 2011.

The parties request a one-month continuance of the case management conference. The parties are meeting and conferring concerning various discovery issues and hope to have them at least

Stipulation and {Proposed] Order            1            n:\lit\li2011\081221\00731194.doc
CASE NO. 08-CV-0757 CRB

partially resolved before the case management conference.  Furthermore, the parties are working on scheduling Plaintiff's deposition, ideally for the middle or the end of November.

Furthermore, lead defense counsel Marc Lewis will be on medical leave from October 21 to November 11, 2011.  Rescheduling the case management conference will ensure that lead counsel will be present which will facilitate setting discovery and trial deadlines, among other things.

**IT IS HEREBY STIPULATED BY THE PARTIES:**

Dated:  October 12, 2011

By: /s//   Robert Joseph Williams
ROBERT JOSEPH WILLIAMS

Attorney for Plaintiff

Dated:  October 12, 2011

DENNIS J. HERRERA
City Attorney
JOANNE HOEPER
Chief Trial Deputy
MARC R. LEWIS
Deputy City Attorney

By: /s//   Marc R. Lewis
MARC R. LEWIS

Attorneys for Defendants
DEPUTY JONES, LIEUTENANT CABEBE AND
ASUNCION BENDEBEL

**[PROPOSED] ORDER**

IT IS HEREBY ORDERED that the Settlement Conference presently scheduled for November 4, 2011 at 8:30 a.m. be continued to December 9, 2011 at 8:30 a.m.

DATED:  October 13, 2011

JUDGE CHARLES R. BREYER
UNITED STATES DISTRICT COURT

*IT IS SO ORDERED — Judge Charles R. Breyer*