| | |
|---|---|
| DONALD W. BROWN (Bar No. 83347) | MARC LEWIS (Bar No. 233306) |
| E-mail: dbrown@cov.com | E-mail: marc.lewis@sfgov.org |
| ROBERT J. WILLIAMS (Bar No. 247428) | Attorneys for Defendants |
| E-mail: rwilliams@cov.com | Deputy City Attorney |
| Covington & Burling LLP | Fox Plaza |
| One Front Street | 1390 Market Street, 6th Floor |
| San Francisco, California 94111-4682 | San Francisco, California 94102-5408 |
| Telephone: (415) 591-6000 | Telephone: (415) 554-3858 |
| Facsimile: (415) 591-6091 | Facsimile: (415) 554-3837 |
| Attorneys for Plaintiff Jeffrey E. Walker. | Attorneys for Defendants |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JEFFREY E. WALKER<br><br>Plaintiff,<br><br>v.<br><br>OFFICER JONES, et al.,<br><br>Defendants. | Case No.: 3:08-cv-00757-CRB<br><br>**STIPULATION AND JOINT REQUEST FOR RELIEF FROM ORDER SETTING CASE MANAGEMENT CONFERENCE AND [~~PROPOSED~~] ORDER**<br><br>Dept: Courtroom 6, 17th Floor<br>Judge: Judge Charles R. Breyer |

Pursuant to Local Rules 16-2(d) and 7-12, Plaintiff Jeffrey E. Walker and Defendants stipulate and jointly request a continuance of the Case Management Conference ("CMC") in this case for 56 days. Per the Court's order of December 9, 2011, the Case Management Conference is set for Friday, April 6, 2012 at 8:30 am, and the case has been referred for settlement mediation before Magistrate Judge Vadas on March 8, 2012.

The parties agree that the interests of justice would be served by a 56 day continuance of the CMC. Since the Court's order, the parties have exchanged initial disclosures and undertaken further discovery. Also since that time, Defendants are being assigned new counsel since lead counsel, Marc Lewis, will be leaving the San Francisco City Attorney's office.

1  While both parties agree that mediation may be successful in this case, the currently scheduled
2  mediation will not allow sufficient time for Defendants' new counsel to absorb the record and
3  current posture of the case.  Continuing the CMC will allow the parties to take further discovery
4  that will focus the issues in dispute, and allow the parties to continue the currently scheduled
5  mediation to accommodate Defendants' change in counsel.  In so doing, the dispute is more
6  likely to be resolved through mediation with no further judicial intervention.

7  THEREFORE, IT IS HEREBY STIPULATED, AGREED, AND REQUESTED by the
8  parties, through their respective counsel, that the Initial Case Management Conference currently
9  scheduled to take place on April 6, 2012 be continued until June 1, 2012 at 8:30 a.m., or on such
10 a date and at such a time thereafter as is convenient for the Court, and that the Settlement
11 Mediation currently scheduled to take place on March 8, 2012, be continued until April 26,
12 2012, or on such a date and time thereafter as is convenient for the Court.

Dated: February 21, 2012         By:  /s/Robert J. Williams
                                      Robert J. Williams
                                      COVINGTON & BURLING LLP

                                      Attorneys for Plaintiff Jeffrey E. Walker

STIPULATION AND ORDER MODIFYING DATES            2
Case No.: 3:08-cv-00757-CRB

Dated: February 21, 2012     By:   /s/Marc Lewis (with permission)
                                                             Marc Lewis

                                                             Attorneys for Defendants

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: __February 24____, 2012          _____
                                        Hon. Charles R. Breyer
                                        UNITED STATES DISTRICT JUDGE



STIPULATION AND ORDER MODIFYING DATES      4
Case No.: 3:08-cv-00757-CRB

### ECF CERTIFICATION

I, Robert J. Williams, am the ECF User whose identification and password are being used to file this Stipulation And Joint Request For Relief From Order Setting Case Management Conference And Proposed Order. In compliance with General Order 45.X.B, I hereby attest that Marc Lewis has concurred in this filing.

DATED: February 21, 2012                COVINGTON & BURLING LLP

                                        By:   /s/ Robert J. Williams
                                              Robert J. Williams

                                        **ATTORNEYS FOR PLAINTIFF
                                        JEFFREY E. WALKER.**