UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| JEFFREY E. WALKER, | No. 3:08-CV-0757 CRB (NJV) |
| Plaintiff, | ORDER AND WRIT OF HABEAS CORPUS AD TESTIFICANDUM |
| v. | |
| OFFICER JONES, et al., | |
| Defendants. | |
| _____/ | |

It is hereby ordered that the Clerk of the Court issue a Writ of Habeas Corpus Ad Testificandum for the person of JEFFREY E. WALKER, inmate no. F-11343, presently in custody at California State Prison, Los Angeles County, as the presence of said witness will be necessary at proceedings in the above-entitled cause and thereafter as may be required

Dated: May 10, 2012

_____
NANDOR J. VADAS
United States Magistrate Judge

THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO: W. J. SULLIVAN, WARDEN, CALIFORNIA STATE PRISON, LOS ANGELES COUNTY

<u>GREETINGS</u>

WE COMMAND that you have and produce the body of JEFFREY E. WALKER, inmate no. F-11343, in your custody in the hereinabove-mentioned institution, at Solano State Prison, at 1:00 p.m. on June 19, 2012, in order that said prisoner may then and there participate in the SETTLEMENT CONFERENCE in the matter of WALKER v. JONES, et al, and at the termination of said hearing return him forthwith to said hereinabove-mentioned institution, or abide by such order of the above-entitled

1 Court as shall thereafter be made concerning the custody of said prisoner, and further to produce said
2 prisoner at all times necessary until the termination of the proceedings for which his testimony is
3 required in this Court;

4   Witness the Honorable Nandor J. Vadas, Magistrate Judge of the United States District Court
5 for the Northern District of California.

7 Dated: May 10, 2012

8             RICHARD WIEKING
            CLERK, UNITED STATES DISTRICT COURT

9
10             By: Linn Van Meter
              Administrative Law Clerk

13 Dated: May 10, 2012
14             NANDOR J. VADAS
            United States Magistrate Judge



**United States District Court**
For the Northern District of California