1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  JOANNE HOEPER, State Bar #114961
   Chief Trial Deputy
3  MICHAEL GERCHOW, State Bar #245706
   Deputy City Attorney
4  Fox Plaza
   1390 Market Street, 6th Floor
5  San Francisco, California 94102-5408
   Telephone:    (415) 554-3936
6  Facsimile:    (415) 554-3837

7  Attorneys for Defendants
   Deputy Jones, Lieutenant Cabebe and
8  Asuncion Bendebel

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11 | JEFFREY WALKER,                          | Case No. 08-CV-0757 CRB
12 |        Plaintiff,                         | **STIPULATION AND JOINT REQUEST FOR RELIEF FROM ORDER SETTING CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER**
13 |   vs.                                     |
14 | OFFICER JONES, ASUCION BENDEBEL, CN, STACY WILSON, THERAPIST, SRGT. CABEBE, PES MD DOE, JOHN DOE 1, JOHN DOE 2, JOHN DOE 3, JOHN DOE 4, JOHN DOE 5, JANE DOE SUPERVISORY OFFICIAL, Sued in their Individual and Official Capacities, |
18 |        Defendants.                        |

21      Pursuant to Local Rules 16-2(d) and 7-12, Plaintiff Jeffrey E. Walker and Defendants
22 stipulate and jointly request a continuance of the Case Management Conference ("CMC") in this
23 case for 70 days.  Per the Court's order of February 27, 2012, the Case Management Conference is
24 set for Friday, June 1, 2012 at 8:30 a.m., and the case has been referred for settlement mediation
25 before Magistrate Judge Vadas.  Mediation is currently scheduled for June 19, 2012.
26      The parties agree that the interests of justice would be served by a 70 day continuance of the
27 CMC.  Since the Court's order, the parties made repeated attempts to take Plaintiff's deposition.
28 However, prison officials were unable to schedule a deposition date due to limited access to

1   deposition facilities at the prison and Plaintiff's unavailability. Since that time, the parties learned
2   that Plaintiff is now available and, pending approval by prison officials, will take Plaintiff's
3   deposition on June 15, 2012.

4       Both parties agree that mediation may be successful in this case, and that mediation should
5   take place before the CMC. Continuing the CMC for 70 days will allow the parties to take Plaintiff's
6   deposition, receive and review the transcript, and take part in a meaningful mediation session. In so
7   doing, the dispute is more likely to be resolved through mediation with no further judicial
8   intervention.

9       THEREFORE, IT IS HEREBY STIPULATED, AGREED, AND REQUESTED by the
10  parties, through their respective counsel, that the Initial Case Management Conference currently
11  scheduled to take place on June 1, 2012 be continued until August 10, 2012 at 8:30 a.m., or on such
12  a date and at such a time thereafter as is convenient for the Court, and that the Settlement Mediation
13  be continued until July 12, 2012, or on such a date and time thereafter as is convenient for the Court.

Dated: May 16, 2012

                                           DENNIS J. HERRERA
                                            City Attorney
                                            JOANNE HOEPER
                                            Chief Trial Deputy

                                            By:   */s/ Michael Gerchow*
                                            MICHAEL GERCHOW
                                            Deputy City Attorney

                                            Attorneys for Defendants Deputy Jones, Lt. Cabebe,
                                            and Ms. Bendebel

Dated: May 16, 2012                  By:   */s/ Robert J. Williams*
                                            ROBERT J. WILLIAMS
                                            COVINGTON & BURLING LLP

                                            Attorneys for Plaintiff Jeffrey E. Walker

STIPULATION AND ORDER MODIFYING DATES     2     n:\lit\li2009\081221\00774288.doc
USDC Case No. 08-CV-0757 CRB

1   PURSUANT TO STIPULATION, IT IS SO ORDERED

2

3   DATED: _____May 29_____, 2012   _____
    Hon. Charles R. Breyer
4   UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Charles R. Breyer*