UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| JEFFREY E. WALKER, | No. C 08-0757 CRB (NJV) |
| Plaintiff, | ORDER VACATING WRIT OF |
| v. | HABEAS CORPUS AD TESTIFICANDUM |
| OFFICER JONES, et al., | |
| Defendants. _____/ | |

A settlement conference was previously set in this case for June 19, 2012. (Docket No. 176.) The Court issued a writ of habeas corpus ad testificandum for the appearance of Plaintiff at that settlement conference. (Docket No. 177.)

On May 29, 2012, District Judge Charles R. Breyer entered an order in which he continued the settlement conference to July 12, 2012, or such date and time thereafter that is convenient to the Court. (Docket No. 180.) Accordingly, the writ of habeas corpus issued May 10, 2012, is HEREBY VACATED.

IT IS SO ORDERED.

Dated: June 4, 2012

_____
NANDOR J. VADAS
United States Magistrate Judge