| | | |
|---|---|---|
| 1 | DONALD W. BROWN (Bar No. 83347)<br>E-mail: dbrown@cov.com | MICHAEL GERCHOW (Bar No. 245706)<br>E-mail: Michael.Gerchow@sfgov.org |
| 2 | ROBERT J. WILLIAMS (Bar No. 247428)<br>E-mail: rwilliams@cov.com | Attorneys for Defendants<br>Deputy City Attorney |
| 3 | Covington & Burling LLP<br>One Front Street | Fox Plaza<br>1390 Market Street, 6th Floor |
| 4 | San Francisco, California 94111-4682<br>Telephone: (415) 591-6000 | San Francisco, California 94102-5408<br>Telephone: (415) 554-3936 |
| 5 | Facsimile: (415) 591-6091 | Facsimile: (415) 554-3837 |
| 6 | Attorneys for Plaintiff Jeffrey E. Walker. | Attorneys for Defendants |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JEFFREY E. WALKER<br><br>    Plaintiff,<br><br>v.<br><br>OFFICER JONES, et al.,<br><br>    Defendants. | Case No.: 3:08-cv-00757-CRB<br><br>**STIPULATION AND JOINT REQUEST FOR RELIEF FROM ORDER SETTING CASE MANAGEMENT CONFERENCE AND [~~PROPOSED~~] ORDER**<br><br>Dept: Courtroom 6, 17th Floor<br>Judge: Judge Charles R. Breyer |

Pursuant to Local Rules 16-2(d) and 7-12, Plaintiff Jeffrey E. Walker and Defendants stipulate and jointly request a continuance of the Case Management Conference ("CMC") in this case for 42 days. Per the Court's Order, the Case Management Conference has been set for Friday, August 10, 2012 at 8:30 am. Dkt. No. 180.

The parties engaged in mediation proceedings before Magistrate Judge Vadas on July 9, 2012. Dkt. No. 182. Pursuant to those proceedings, the parties agreed that progress could be made towards settlement by continuing with discovery and reconvening for an additional mediation proceeding, currently scheduled for September 4, 2012. Dkt. No. 185.

1   The parties agree that the interests of justice would be served by a 42 day continuance of
2   the CMC.  This will allow the parties to continue with additional discovery and, thereafter,
3   participate in additional mediation proceedings with the goal of resolving the dispute without
4   further judicial assistance, obviating the Conference.
5   THEREFORE, IT IS HEREBY STIPULATED, AGREED, AND REQUESTED by the
6   parties, through their respective counsel, that the Case Management Conference currently
7   scheduled to take place on August 10, 2012 be continued until September 21, 2012 at 8:30 a.m.,
8   or on such a date and at such a time thereafter as is convenient for the Court.

Dated:  August 3, 2012                By:   */s/Robert J. Williams*
                                            Robert J. Williams
                                            COVINGTON & BURLING LLP

                                            Attorneys for Plaintiff Jeffrey E. Walker

1 | Dated: August 3, 2012     By: _s/Michael Gerchow_
2 |                                                          Michael Gerchow

Attorneys for Defendants

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _____August 6_, 2012     _____
                                                        Hon. Charles R. Breyer
                                                        UNITED STATES DISTRICT COURT

*IT IS SO ORDERED*
*Judge Charles R. Breyer*