| | |
|---|---|
| DONALD W. BROWN (Bar No. 83347)<br>E-mail: dbrown@cov.com<br>ROBERT J. WILLIAMS (Bar No. 247428)<br>E-mail: rwilliams@cov.com<br>Covington & Burling LLP<br>One Front Street<br>San Francisco, California 94111-4682<br>Telephone: (415) 591-6000<br>Facsimile: (415) 591-6091<br><br>Attorneys for Plaintiff Jeffrey E. Walker. | MICHAEL GERCHOW (Bar No. 245706)<br>E-mail: Michael.Gerchow@sfgov.org<br>Attorneys for Defendants<br>Deputy City Attorney<br>Fox Plaza<br>1390 Market Street, 6th Floor<br>San Francisco, California 94102-5408<br>Telephone:  (415) 554-3936<br>Facsimile:  (415) 554-3837<br><br>Attorneys for Defendants |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JEFFREY E. WALKER<br><br>   Plaintiff,<br><br>   v.<br><br>OFFICER JONES, et al.,<br><br>   Defendants. | Case No.: 3:08-cv-00757-CRB<br><br>**STIPULATION AND JOINT REQUEST FOR RELIEF FROM ORDER SETTING CASE MANAGEMENT CONFERENCE AND AMENDED [PROPOSED] ORDER**<br><br>Dept:  Courtroom 6, 17th Floor<br>Judge:  Judge Charles R. Breyer |

Pursuant to Local Rules 16-2(d) and 7-12, Plaintiff Jeffrey E. Walker and Defendants stipulate and jointly request a continuance of the Case Management Conference ("CMC") in this case for 42 days. Per the Court's Order, the Case Management Conference has been set for Friday, August 10, 2012 at 8:30 am. Dkt. No. 180.

The parties engaged in mediation proceedings before Magistrate Judge Vadas on July 9, 2012. Dkt. No. 182. Pursuant to those proceedings, the parties agreed that progress could be made towards settlement by continuing with discovery and reconvening for an additional mediation proceeding, currently scheduled for September 4, 2012. Dkt. No. 185.

1    The parties agree that the interests of justice would be served by a 42 day continuance of
2 the CMC.  This will allow the parties to continue with additional discovery and, thereafter,
3 participate in additional mediation proceedings with the goal of resolving the dispute without
4 further judicial assistance, obviating the Conference.
5    THEREFORE, IT IS HEREBY STIPULATED, AGREED, AND REQUESTED by the
6 parties, through their respective counsel, that the Case Management Conference currently
7 scheduled to take place on August 10, 2012 be continued until September **28**, 2012 at 8:30 a.m.,
8 or on such a date and at such a time thereafter as is convenient for the Court.

Dated:  August 3, 2012              By:   /s/Robert J. Williams
                                          Robert J. Williams
                                          COVINGTON & BURLING LLP

                                          Attorneys for Plaintiff Jeffrey E. Walker

| | | |
|---|---|---|
| Dated:  August 3, 2012 | By: | s/Michael Gerchow |
| | | Michael Gerchow |
| | | Attorneys for Defendants |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _____ August 6 , 2012          _____
Hon. Charles R. Breyer
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Charles R. Breyer

STIPULATION AND ORDER MODIFYING DATES           3
Case No.:  3:08-cv-00757-CRB