DENNIS J. HERRERA, State Bar #139669
City Attorney
CHERYL ADAMS, State Bar #164194
Chief Trial Deputy
MICHAEL GERCHOW, State Bar #245706
Deputy City Attorney
Fox Plaza
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-3936
Facsimile:      (415) 554-3837

Attorneys for Defendants
Deputy Jones, Lieutenant Cabebe and
Asuncion Bendebel

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| JEFFREY WALKER, | Case No. 08-CV-0757 CRB |
|---|---|
| Plaintiff, | ~~STIPULATION AND JOINT REQUEST FOR RELIEF FROM ORDER SETTING SETTLEMENT CONFERENCE AND CASE MANAGEMENT CONFERENCE AND [PROPOSED]~~ ORDER |
| vs. | |
| OFFICER JONES, ASUCION BENDEBEL, CN, STACY WILSON, THERAPIST, SRGT. CABEBE, PES MD DOE, JOHN DOE 1, JOHN DOE 2, JOHN DOE 3, JOHN DOE 4, JOHN DOE 5, JANE DOE SUPERVISORY OFFICIAL, Sued in their Individual and Official Capacities, | |
| Defendants. | |

Pursuant to Local Rules 16-2(d) and 7-12, Plaintiff Jeffrey E. Walker and Defendants stipulate and jointly request a continuance of the Case Management Conference ("CMC") in this case for 21 days, and that the settlement conference be set for a date no earlier than October 1, 2012. Per the Court's order of August 3, 2012, the Case Management Conference is set for Friday, September 28, 2012 at 8:30 a.m., and the case has been referred for settlement mediation before Magistrate Judge Vadas. The settlement conference is currently scheduled for September 4, 2012.

The parties agree that the interests of justice would be served by a 21 day continuance of the CMC and that the settlement conference occur no earlier than October 1, 2012. Since the Court's

1 order, the parties arranged to convene for three key depositions prior to meeting for a third

2 settlement conference. However, due to scheduling conflicts on behalf of defendants, the three

3 depositions will not be concluded until September 25, 2012. All three depositions have been noticed

4 on dates agreed upon by the parties, and should be concluded by the September 25, 2012 date.

Both parties continue to agree that mediation may be successful in this case, and that mediation should take place before the CMC. Continuing the CMC for 21 days will allow Plaintiff to take three key depositions, receive and review the transcripts, and take part in a meaningful mediation session. In so doing, the dispute is more likely to be resolved through mediation with no further judicial intervention.

THEREFORE, IT IS HEREBY STIPULATED, AGREED, AND REQUESTED by the parties, through their respective counsel, that the Initial Case Management Conference currently scheduled to take place on September 28, 2012 be continued until October 19, 2012 at 8:30 a.m., or on such a date and at such a time thereafter as is convenient for the Court, and that the Settlement Mediation be continued until no earlier than October 1, 2012, or on such a date and time thereafter as is convenient for the Court.

Dated: August 30, 2012

DENNIS J. HERRERA
City Attorney
CHERYL ADAMS
Chief Trial Deputy

By:   */s/ Michael Gerchow*
MICHAEL GERCHOW
Deputy City Attorney

Attorneys for Defendants Deputy Jones, Lt. Cabebe, and Ms. Bendebel

Dated: August 30, 2012         By:   */s/ Robert J. Williams*
ROBERT J. WILLIAMS
COVINGTON & BURLING LLP

Attorneys for Plaintiff Jeffrey E. Walker

STIPULATION AND ORDER MODIFYING DATES
USDC Case No. 08-CV-0757 CRB
2
c:\temp\notes56fd74\00794530.doc

1 | PURSUANT TO STIPULATION, IT IS SO ORDERED

2
3 | DATED: __August 31_____, 2012          __[signature]_____
                                                Hon. Charles R. Breyer
4                                               UNITED STATES DISTRICT JUDGE

**STIPULATION AND ORDER MODIFYING DATES**          3          c:\temp\notes56fd74\00794530.doc
**USDC Case No. 08-CV-0757 CRB**