IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY WALKER,<br><br>　　　　Plaintiff,<br><br>　　　v<br><br>OFFICER JONES, et al.<br><br>　　　　Defendants. | Case No C 08-757 CRB<br><br>REPORT OF PRO SE PRISONER EARLY SETTLEMENT PROCEEDING |

A settlement conference in this matter was held on October 16, 2012 in San Francisco. The results of that proceeding are indicated below:

(1) The following individuals, parties, and/or representatives participated in the proceeding, each possessing the requisite settlement authority:

☒ Plaintiff's counsel Donald Brown and Robert Williams and Plaintiff by phone

☐ Warden or warden's representative

☐ Office of the California Attorney General

☒ Other: Office of the City Attorney, Michael Gerchow

1  (2)   The following individuals, parties, and/or representatives did not appear:

2  (3)   The outcome of the proceeding was:

3  ☐ The case has been completely settled.

4  ☐ The case has been partially resolved and, on or before

5  _____, counsel for defendants shall file a joint stipulation specifying

6 those claims which have been resolved and those that remain to be resolved by the Court.

7  ☐ The parties agree to an additional follow up settlement on

8  _____.

9  ☒ The parties are unable to reach an agreement at this time.

10 Date: 10/18/12

11  _____
    Nandor J Vadas
    United States Magistrate Judge

**United States District Court**
For the Northern District of California