1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  CHERYL ADAMS, State Bar #164194
   Chief Trial Deputy
3  MICHAEL GERCHOW, State Bar #245706
   Deputy City Attorney
4  Fox Plaza
   1390 Market Street, 6th Floor
5  San Francisco, California 94102-5408
   Telephone:     (415) 554-3936
6  Facsimile:     (415) 554-3837

7  Attorneys for Defendants
   Deputy Jones, Lieutenant Cabebe and
8  Asuncion Bendebel

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11 | JEFFREY WALKER,                          | Case No. 08-CV-0757 CRB
12 |          Plaintiff,                      | **STIPULATION AND JOINT REQUEST FOR RELIEF FROM ORDER SETTING CASE MANAGEMENT CONFERENCE AND ORDER**
13 |     vs.                                  |
14 | OFFICER JONES, ASUCION BENDEBEL, CN, STACY WILSON, THERAPIST, SRGT. CABEBE, PES MD DOE, JOHN DOE 1, JOHN DOE 2, JOHN DOE 3, JOHN DOE 4, JOHN DOE 5, JANE DOE SUPERVISORY OFFICIAL, Sued in their Individual and Official Capacities, |
18 |          Defendants.                     |

21         Pursuant to Local Rules 16-2(d) and 7-12, Plaintiff Jeffrey E. Walker and Defendants

22  stipulate and jointly request a continuance of the Case Management Conference ("CMC") in this

23  case for 35 days.  Per the Court's order of October 26, 2012, the Case Management Conference is set

24  for Friday, March 29, 2013 at 8:30 a.m., and the case has been referred for settlement mediation

25  before Magistrate Judge Vadas.  The parties engaged in multiple settlement conferences, but no

26  conference is currently pending.

27         The parties agree that the interests of justice would be served by a 35 day continuance of the

28  CMC and that the settlement conference occur no earlier than May 3, 2013.  Since the Court's order,

1  the parties arranged to amass key medical documents and take the deposition of a nurse who cared
2  by plaintiff in the immediate aftermath of the incident.  However, due to scheduling conflicts on
3  behalf of plaintiff and a delay in the California Men's Colony's production of medical records, this
4  important discovery will not be completed in April.  The parties have agreed upon a tentative date
5  for the deposition in early May, and defendants' subpoena agent is working with the California
6  Men's Colony to track down the medical records.

7  Both parties continue to agree that mediation may be successful in this case, and that
8  mediation should take place before the CMC.  Continuing the CMC for 35 days will allow Plaintiff
9  to take the remaining key deposition, receive and review the relevant medical records, and take part
10  in a meaningful mediation session.  In so doing, the dispute is more likely to be resolved through
11  mediation with no further judicial intervention.

12  THEREFORE, IT IS HEREBY STIPULATED, AGREED, AND REQUESTED by the
13  parties, through their respective counsel, that the Case Management Conference currently scheduled
14  to take place on March 29, 2013 be continued until May 3, 2013 at 8:30 a.m., or on such a date and
15  at such a time thereafter as is convenient for the Court, and that the parties be referred back to Judge
16  Vadas for settlement mediation once key medical discovery is complete.

Dated:  March 19, 2013

DENNIS J. HERRERA
City Attorney
CHERYL ADAMS
Chief Trial Deputy

By:  */s/ Michael Gerchow*
MICHAEL GERCHOW
Deputy City Attorney

Attorneys for Defendants Deputy Jones, Lt. Cabebe, and Ms. Bendebel

Dated:  March 19, 2013        By:  */s/ Robert J. Williams*
ROBERT J. WILLIAMS
COVINGTON & BURLING LLP

Attorneys for Plaintiff Jeffrey E. Walker

1 

2 PURSUANT TO STIPULATION, IT IS SO ORDERED

3 DATED: March 19, 2013

4 _____
Hon. Charles R. Breyer
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Charles R. Breyer*