| | |
|---|---|
| DONALD W. BROWN (Bar No. 83347) | MICHAEL GERCHOW (Bar No. 245706) |
| E-mail: dbrown@cov.com | E-mail: Michael.Gerchow@sfgov.org |
| ROBERT J. WILLIAMS (Bar No. 247428) | Attorneys for Defendants |
| E-mail: rwilliams@cov.com | Deputy City Attorney |
| Covington & Burling LLP | Fox Plaza |
| One Front Street, 35th Floor | 1390 Market Street, 6th Floor |
| San Francisco, California 94111-4682 | San Francisco, California 94102-5408 |
| Telephone (415) 591-6000 | Telephone: (415) 554-3936 |
| Facsimile (415) 591-6091 | Facsimile: (415) 554-3837 |
| *Attorneys for Plaintiff Jeffrey E. Walker* | *Attorneys for Defendants* |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JEFFREY E. WALKER<br><br>　　　　Plaintiff,<br><br>　v.<br><br>OFFICER JONES, et al.,<br><br>　　　　Defendants. | Case No.: 3:08-cv-00757-CRB<br><br>**STIPULATION AND JOINT REQUEST FOR RELIEF FROM ORDER SETTING CASE MANAGEMENT CONFERENCE AND ORDER**<br><br>Dept: Courtroom 6, 17th Floor<br>Judge: Judge Charles R. Breyer |

　　　　Pursuant to Local Rules 16-2(d) and 7-12, Plaintiff Jeffrey E. Walker and Defendants stipulate and jointly request a continuance of the Case Management Conference ("CMC") in this case for 28 days. Per the Court's Order, the CMC has been set for Friday, December, 20, 2013 at 8:30 am. Dkt. No. 201.

　　　　The parties are scheduled to attend a status conference before Magistrate Judge Vadas on December 17, 2013, with a settlement conference to follow on December 31, 2013. Dkt. No. 202. The parties agree that the interests of justice would be served by a 28 day continuance of the CMC to January 17, 2014, or at such a date and time thereafter as is convenient for the Court. This will give the parties the benefit of the status conference and settlement conference

1  before Magistrate Judge Vadas, which may narrow the issues remaining in dispute or resolve the
2  dispute without further judicial assistance, prior to submission of the parties' Joint Case
3  Management Statements and attendance at the CMC.
4      THEREFORE, IT IS HEREBY STIPULATED, AGREED, AND REQUESTED by the
5  parties, through their respective counsel, that the Case Management Conference currently
6  scheduled to take place on December 20, 2013 be continued until January 17, 2014 at 8:30 a.m.,
7  or on such a date and at such a time thereafter as is convenient for the Court.

Dated:  December 3, 2013        By:  _s/Robert J. Williams_____
                                                                Robert J. Williams
                                                               COVINGTON & BURLING LLP

                                                               *Attorneys for Plaintiff Jeffrey E. Walker*

1  Dated:  December 3, 2013     By:  *s/Michael Gerchow (with permission)*
                                        Michael Gerchow

   *Attorneys for Defendants*

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:   December 5, 2013     _____
                                        Hon. Charles R. Breyer
                                        UNITED STATES DISTRICT JUDGE

