UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| JEFFREY E. WALKER, | No. 08-CV-0757 CRB (NJV) |
| Plaintiff, | ORDER SETTING TELEPHONIC CONFERENCE IN PRO SE PRISONER EARLY SETTLEMENT PROGRAM |
| v. | |
| OFFICER JONES, et al., | |
| Defendants. | |

A telephonic conference is scheduled for 10:00 a.m. on April 3, 2014, between the court, Plaintiff and Plaintiff's Counsel. Plaintiff and Plaintiff's Counsel shall attend the conference by dialing 888-684-8852 and entering access code 1868782. Plaintiff's Counsel shall arrange for the telephonic appearance of his client.

IT IS SO ORDERED.

Dated: March 27, 2014

NANDOR J. VADAS
United States Magistrate Judge